No. 81–1120. UNITED STATES ET AL. *v.* RYLANDER ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 943.] Motion for appointment of counsel granted, and it is ordered that Joseph F. Harbison III, Esquire, of Sacramento, Cal., be appointed to serve as counsel for respondent Richard W. Rylander, Sr., in this case.

No. 81–1798. LARRY V. MUKO, INC. *v.* SOUTHWESTERN PENNSYLVANIA BUILDING & CONSTRUCTION TRADES COUNCIL ET AL. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 81–1887. IN RE CENTRE FOR THE INDEPENDENCE OF JUDGES AND LAWYERS OF THE UNITED STATES, INC. Petition for writ of mandamus denied.

No. 81–1487. BANKAMERICA CORP. ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted.

No. 81–1581. OLIM ET AL. *v.* WAKINEKONA. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 80–108. FIRST PENNSYLVANIA BANK N.A. *v.* ZEFFIRO ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–1233. GIACOMINO ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–1414. HOSKINS *v.* CUYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.